UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| TORTUS CAPITAL MASTER FUND, LP, | : | |
| Plaintiff, | : | |
| | | Docket No.: 13-cv-08595 |
| -against- | : | |
| | | |
| THE REPUBLIC OF ARGENTINA, | : | |
| | | NOTICE OF APPEARANCE |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        PLEASE TAKE NOTICE that Gary S. Snitow, Esq., of the law firm of Snitow Kanfer & Holtzer, LLP hereby appears on behalf of Tortus Capital Master Fund, LP and requests that all papers be served at the office address set forth below.

Dated: December 6, 2013

                                      SNITOW KANFER
                                         & HOLTZER, LLP

                By:    /S/ Gary S. Snitow
                         Gary S. Snitow, Esq.
                         575 Lexington Avenue, Suite 1400
                         New York, New York 10022
                         (212) 317-8500

                         Attorneys for Plaintiff,
                         *Tortus Capital Master Fund, LP*